**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-38826-DRC |
| | § | |
| JUAN VARGAS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on November 30, 2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/29/2012           By:  /s/ David E. Grochocinski
                                        (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-38826-DRC |
| | § | |
| JUAN VARGAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $6,500.00
*and approved disbursements of*     $2.91
*leaving a balance on hand of[1]:*     $6,497.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,497.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,400.00 | $0.00 | $1,400.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,600.00 | $0.00 | $1,600.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $30.57 | $0.00 | $30.57 |

Total to be paid for chapter 7 administrative expenses:     $3,030.57
Remaining balance:     $3,466.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,466.52 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,466.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,989.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Fifth Third Bank | $5,633.31 | $0.00 | $514.04 |
| 2 | EnerBank USA | $4,956.65 | $0.00 | $452.30 |
| 3 | Capital One, N.A. | $497.65 | $0.00 | $45.41 |
| 4 | Quantum3 Group LLC as agent for | $8,417.51 | $0.00 | $768.10 |
| 5 | FIA CARD SERVICES, N.A. | $13,180.59 | $0.00 | $1,202.73 |
| 6 | GE Capital Retail Bank | $5,303.47 | $0.00 | $483.94 |

|  | Total to be paid to timely general unsecured claims: | $3,466.52 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-38826-DRC
Juan Carlos Vargas                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 3              Date Rcvd: Oct 30, 2012
                              Form ID: pdf006              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
db         +Juan Carlos Vargas,    47 High Lake Ave,    West Chicago, IL 60185-3003
17836049   +ABC Property Managers Inc.,    Attn: Bankruptcy Dept.,    1732 West Wise Rd,
             Schaumburg, IL 60193-3524
17836031   +BAC HOME Loans Servici,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
18423241   +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
17836050    Central DuPage Hospital,    Bankruptcy Department,    25 N. Winfield Rd.,    Winfield, IL 60190
17836045   +Chase,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17836051   +Chase,   Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
18414291   +EnerBank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City,Utah 84106-2559
17836034   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17836035   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18459590    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17836047   +FIA CSNA,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
17836033   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third BANK,    Attn: Bankruptcy Dept.,    Fifth Third Center,
             Cincinnati, OH 45263)
17836043   +Fifth Third Bank,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
18384578   +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
17836039   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Best Buy,    Attn: Bankruptcy Dept.,    Po Box 15519,
             Wilmington, DE 19850)
17836042   +HSBC/Menards,    Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
17836032   +Harris Trust& Savings,    Attn: Bankruptcy Dept.,    111 W Monroe St,    Chicago, IL 60603-4095
17836040   +Home Depot/Citibank,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
17836036   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17836038   +WFF National Bank,    Attn: Bankruptcy Dept.,    Po Box 94498,    Las Vegas, NV 89193-4498
17836044   +WFNNB/Roomplace,    Attn: Bankruptcy Dept.,    Po Box 2974,    Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17836030   +E-mail/Text: bbagley@enerbankusa.com Oct 31 2012 03:00:35     Enerbank USA,
             Attn: Bankruptcy Dept.,    1945 W Parnall Rd Ste 22,    Jackson, MI 49201-8658
18748798    E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2012 02:12:44      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17836041    E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2012 01:51:30      GEMB/Lowes,
             Attn: Bankruptcy Dept.,    Po Box 103065,    Roswell, GA 30076
17836037   +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2012 01:58:55      Kohls/Chase,
             Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18433584    E-mail/Text: bnc-quantum@quantum3group.com Oct 31 2012 03:18:45
             Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17836046*  +Chase,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17836048*  +Chase,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cmendoza1             Page 2 of 3            Date Rcvd: Oct 30, 2012
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3              Date Rcvd: Oct 30, 2012
                              Form ID: pdf006              Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2012 at the address(es) listed below:

        Ariane Holtschlag   on behalf of Trustee David Grochocinski lawyers@innovalaw.com
        David E Grochocinski   on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
         lawyers@innovalaw.com
        David E Grochocinski   dgrochocinski@innovalaw.com, deg@trustesolutions.net
        Kathleen M. McGuire   on behalf of Attorney David Lloyd kmcguire@innovalaw.com,
         kmmcguirelaw@sbcglobal.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Shera L Bucchianeri   on behalf of Debtor Juan Vargas ndil@geracilaw.com

                                                                                        TOTAL: 6