**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-38826-DRC |
| | § | |
| JUAN VARGAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $63,350.00 | Assets Exempt: | $85,225.00 |
| Total Distributions to Claimants: | $3,466.52 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,033.48 | | |

3) Total gross receipts of $6,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,033.48 | $3,033.48 | $3,033.48 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $37,989.18 | $37,989.18 | $3,466.52 |
| **Total Disbursements** | NA | $41,022.66 | $41,022.66 | $6,500.00 |

4). This case was originally filed under chapter 7 on 09/23/2011. The case was pending for -1340 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2013    By:   /s/ David E. Grochocinski
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1999 FORD WINDSTAR LS | 1129-000 | $750.00 |
| 2000 MERCURY SABLE | 1129-000 | $750.00 |
| 2001 PONTIAC FIREBIRD COUPE | 1129-000 | $1,000.00 |
| 2007 CHEVY TRAILBLAZER | 1129-000 | $2,000.00 |
| 2008 HARLEY DAVIDSON ROCKER | 1129-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| Green Bank | 2600-000 | NA | $2.91 | $2.91 | $2.91 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $30.57 | $30.57 | $30.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,033.48 | $3,033.48 | $3,033.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | NA | $5,633.31 | $5,633.31 | $514.04 |
| 2 | EnerBank USA | 7100-000 | NA | $4,956.65 | $4,956.65 | $452.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Capital One, N.A. | 7100-000 | NA | $497.65 | $497.65 | $45.41 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | NA | $8,417.51 | $8,417.51 | $768.10 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $13,180.59 | $13,180.59 | $1,202.73 |
| 6 | GE Capital Retail Bank | 7100-000 | NA | $5,303.47 | $5,303.47 | $483.94 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $37,989.18 | $37,989.18 | $3,466.52 |

Case 11-38826    Doc 38    Filed 02/04/13    Entered 02/04/13 09:43:23    Desc Main
Document    Page 4 of 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1     Exhibit 8

| Case No.: | 11-38826-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | VARGAS, JUAN | | | Date Filed (f) or Converted (c): | 09/23/2011 (f) |
| For the Period Ending: | 1/10/2013 | | | §341(a) Meeting Date: | 11/01/2011 |
| | | | | Claims Bar Date: | 04/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 47 HIGH LAKE AVENUE, WEST CHICAGO | $90,000.00 | $0.00 | | $0.00 | FA |
| 2 | 247 N NELTNOR BLVD, UNIT 2CF, W. CHICAGO | $56,725.00 | $0.00 | | $0.00 | FA |
| 3 | CHASE BANK | $1.00 | $0.00 | | $0.00 | FA |
| 4 | DUPAGE CREDIT UNION | $60.00 | $0.00 | | $0.00 | FA |
| 5 | BANK OF AMERICA | $1,845.00 | $0.00 | | $0.00 | FA |
| 6 | HOUSEHOLD GOODS | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | BOOKS, ETC. | $50.00 | $0.00 | | $0.00 | FA |
| 8 | NECESSARY WEARING APPAREL | $50.00 | $0.00 | | $0.00 | FA |
| 9 | WATCH | $85.00 | $0.00 | | $0.00 | FA |
| 10 | TERM LIFE INS | $0.00 | $0.00 | | $0.00 | FA |
| 11 | PENSION | $62,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2007 CHEVY TRAILBLAZER | $5,300.00 | $0.00 | | $2,000.00 | FA |
| 13 | 2001 PONTIAC FIREBIRD COUPE | $9,725.00 | $9,725.00 | | $1,000.00 | FA |
| 14 | 1999 FORD WINDSTAR LS | $1,525.00 | $0.00 | | $750.00 | FA |
| 15 | 2000 MERCURY SABLE | $1,600.00 | $0.00 | | $750.00 | FA |
| 16 | 2008 HARLEY DAVIDSON ROCKER | $12,125.00 | $6,991.00 | | $2,000.00 | FA |
| 17 | 2003 JEEP CHEROKEE | $3,500.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | $245,591.00 | $16,716.00 | | $6,500.00 | Gross Value of Remaining Assets |
| | | | | | $0.00 |

**Major Activities affecting case closing:**
SOLD MOTORCYCLE TO DEBTOR; FUNDS RECIEVED AND FINAL SUBMITTED TO US TRUSTEE

Initial Projected Date Of Final Report (TFR): 06/30/2013      Current Projected Date Of Final Report (TFR): 06/30/2013

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 11-38826-DRC | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | VARGAS, JUAN | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5073 | | | | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 9/23/2011 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/11/2012 | | JUAN VARGAS | SETTLEMENT PAYMENT | * | $2,000.00 | | $2,000.00 |
| | {12} | | | 1129-000 | $1,000.00 | | $2,000.00 |
| | {16} | | | 1129-000 | $1,000.00 | | $2,000.00 |
| 09/26/2012 | | JUAN VARGAS | SETTLEMENT PAYMENT | * | $4,500.00 | | $6,500.00 |
| | {12} | | | 1129-000 | $1,000.00 | | $6,500.00 |
| | {16} | | | 1129-000 | $1,000.00 | | $6,500.00 |
| | {13} | | | 1129-000 | $1,000.00 | | $6,500.00 |
| | {15} | | | 1129-000 | $750.00 | | $6,500.00 |
| | {14} | | | 1129-000 | $750.00 | | $6,500.00 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $6,497.09 |
| 11/30/2012 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,400.00 | $5,097.09 |
| 11/30/2012 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,600.00 | $3,497.09 |
| 11/30/2012 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $30.57 | $3,466.52 |
| 11/30/2012 | 3004 | Fifth Third Bank | Distribution on Claim #: 1; | 7100-000 | | $514.04 | $2,952.48 |
| 11/30/2012 | 3005 | EnerBank USA | Distribution on Claim #: 2; | 7100-000 | | $452.30 | $2,500.18 |
| 11/30/2012 | 3006 | Capital One, N.A. | Distribution on Claim #: 3; | 7100-000 | | $45.41 | $2,454.77 |
| 11/30/2012 | 3007 | Quantum3 Group LLC as agent for | Distribution on Claim #: 4; | 7100-000 | | $768.10 | $1,686.67 |
| 11/30/2012 | 3008 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 5; | 7100-000 | | $1,202.73 | $483.94 |
| 11/30/2012 | 3009 | GE Capital Retail Bank | Distribution on Claim #: 6; | 7100-000 | | $483.94 | $0.00 |

SUBTOTALS    $6,500.00    $6,500.00

Page No: 2      Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-38826-DRC |
|---|---|
| Case Name: | VARGAS, JUAN |
| Primary Taxpayer ID #: | ******5073 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/23/2011 |
| For Period Ending: | 1/10/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******2601 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |
| | | | **TOTALS:** | | $6,500.00 | $6,500.00 | |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,500.00 | $6,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,500.00 | $6,500.00 | |

For the period of 9/23/2011 to 1/10/2013

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/11/2012 to 1/10/2013

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 11-38826-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | VARGAS, JUAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5073 | | Checking Acct #: | ******2601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/23/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**     **NET DEPOSITS**     **NET DISBURSE**     **ACCOUNT BALANCES**

$6,500.00     $6,500.00     $0.00

For the period of 9/23/2011 to 1/10/2013            For the entire history of the case between 09/23/2011 to 1/10/2013

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $6,500.00 | Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 | Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $6,500.00 | Total Compensable Disbursements: | $6,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,500.00 | Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI
_____
DAVID E. GROCHOCINSKI